UNITED STATES BANRKUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-50285 – MGD |
| | : | |
| HBCU PROPERTIES, LLC, | : | |
| | : | CHAPTER 11 |
| | : | |
| | : | |
| DEBTOR. | : | |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS**

COMES NOW, Guy G. Gebhardt, the Acting United States Trustee for Region 21, in furtherance of his administrative responsibilities imposed by 28 U.S.C. § 586(a), and respectfully moves this Court to enter an order dismissing the above-captioned Chapter 11 case for cause pursuant to 11 U.S.C. § 1112(b).  In support thereof, the United States Trustee represents as follows:

1.

On January 5, 2016, HBCU Properties, LLC. (the "Debtor") commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition").  No trustee has been appointed in the case.

2.

It appears on the face of the Petition both that the Debtor is an artificial entity and that it is not represented by an attorney.

3.

Because the Debtor is an artificial entity, it cannot represent itself in this proceeding, nor may its officers appear before this court on its behalf unless they are

licensed attorneys. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *National Indep. Theatre Exhibitors, Inc. v. Buena Vista Distrib. Co.*, 748 F.2d 602, 609 (11th Cir. 1984), *cert. denied*, 474 U.S. 1056 (1985).

WHEREFORE, the United States Trustee respectfully moves this Court to enter an order dismissing this case, directing payment of any unpaid chapter 11 quarterly fees and special charges, and granting such other relief as the Court deems just and proper.

> GUY G. GEBHARDT
> ACTING UNITED STATES TRUSTEE
> REGION 21
>
>  */s  David S. Weidenbaum*
> DAVID S. WEIDENBAUM
> Trial Attorney
> Georgia Bar Number 745892

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
david.s.weidenbaum@usdoj.gov
Tel: 404.331.4437 ext 140

UNITED STATES BANRKUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-50285 – MGD |
| | : | |
| HBCU PROPERTIES, LLC, | : | |
| | : | CHAPTER 11 |
| | : | |
| | : | |
| DEBTOR. | : | |

NOTICE OF HEARING ON
UNITED STATES TRUSTEE'S MOTION TO DISMISS

PLEASE TAKE NOTICE that the United States Trustee has filed a motion to dismiss the above-referenced case.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the United States Trustee's Motion to Dismiss in **Courtroom 1201**, United States Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia, at **10:30 a.m**. on the **11th** day of **February, 2016**.

Your rights may be affected by the court's ruling on this motion. You should read this motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in this motion or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S Bankruptcy Court, Suite 1340, 75 Ted Turner Drive SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

GUY G. GEBHARDT  
ACTING UNITED STATES TRUSTEE  
REGION 21  

 /s  David S. Weidenbaum  
DAVID S. WEIDENBAUM  
Trial Attorney  
Georgia Bar Number 745892  

Office of the United States Trustee  
362 Richard B. Russell Building  
75 Ted Turner Drive, SW  
Atlanta, Georgia 30303  
david.s.weidenbaum@usdoj.gov  
Tel: 404.331.4437 ext 140  

## CERTIFICATE OF SERVICE

I certify that on, January 8, 2016, I caused a copy of this motion to be served by first class, United States mail service, with adequate postage to ensure delivery to:

| | |
|---|---|
| HBCU Properties, LLC<br>c/o L. Dean Heard, Managing Member<br>P.O. Box 1416<br>Redan, GA 30074 | Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 |
| Chase Home Finance LLC<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | Drain Masters<br>P.O. Box 871335<br>Stone Mountain, GA 30087 |
| GMAC<br>3451 Hammond Avenue<br>Waterloo, IA 50702 | Joseph Murray<br>967 Cleveland Avenue<br>Atlanta, GA 30344 |
| Mareio Fraley Accounting<br>1043 Stealing Ridge Chase<br>Marietta, GA 30062 | NTRC Accounting<br>4821 Rockbridge Rd.<br>Suite 11<br>Stone Mountain, GA 30083 |
| Wayne Paulk Plumbing<br>Atlanta, GA 30317 | Wells Fargo Home Mortgage<br>MAC x7801-03K<br>3476 Statewide Boulevard<br>Fort Mill, SC 29715 |
| Whitehall Forest Cot HOMA<br>c/o Weinstock<br>405 Piedmont Rd. STE 300<br>Atlanta, GA 30305 | Whitehall Forest East Condominium<br>P.O. Box 374356<br>Decatur, GA 30037 |

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE
REGION 21

 /s  David S. Weidenbaum
DAVID S. WEIDENBAUM