Case 16-50285-mgd    Doc 10    Filed 01/21/16    Entered 01/22/16 08:54:37    Desc Main
Document      Page 1 of 1

16-50285

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT

2016 JAN 21 PM 3: 21

M. REGINA THOMAS
CLERK
BY_____
DEPUTY CLERK

# CORPORATE RESOLUTION
## OF
## HBCU PROPERTIES, LLC

We, the undersigned, being all the Directors and Shareholders of HBCU Properties, LLC, organized and existing under the laws of Georgia, and having its principal place of business at 6234 Waterton Dr., Lithonia, Georgia 30058 (the "Corporation"), hereby certify that the following is a true and correct copy of a resolution duly adopted at a meeting of the Directors and Shareholders of the Corporation duly held and convened on January 16, 2016, at which a quorum of the Board of Directors was present and voting throughout, and that such resolution has not been modified, rescinded or revoked, and is at present in full force and effect:

Therefore, it is resolved: That the Managing Member has the absolute authority to make decisions on behalf of the Coporation.

**DIRECTORS**

_____          1/16/16
L. Dean Heard                      Date

**SHAREHOLDERS**
N/A

Circle this L.S. as there is no corporate seal.

## CERTIFICATE OF SECRETARY

The Secretary of the Corporation hereby certifies that he/she is the duly elected and qualified Secretary of HBCU Properties, LLC and certifies that the above is a true and correct record of the resolution that was duly adopted by the Directors and Shareholders of the Corporation on January 16, 2016.

_____
Gladys A. Heard, Secretary